```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------ x
AARON A. SINGLETON,                                    :
                                                       :
                        Plaintiff,                     :
                                                       :     1:20-cv-8570 (ALC)
          -against-                                    :
                                                       :     ORDER
OFFICE OF THE MAYOR ET AL.,                            :
                                                       :
                        Defendants.                    :
                                                       :
------------------------------------------------------ x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: Jan.3,2022

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of Plaintiff's submissions and application for pro bono counsel. The Court advises the Parties that Defendants' motion to dismiss remains under consideration, and the Court will address Plaintiff's application for pro bono counsel in its decision on the motion to dismiss.

Additionally, as Defendant New York City Department of Corrections was terminated from this action on December 1, 2020, the Clerk of Court is respectfully directed to update the case caption accordingly.

The Clerk of Court is respectfully directed to mail a copy of this order to *pro se* Plaintiff.

**SO ORDERED.**

Dated:     **January 3, 2022**
              **New York, New York**

                                                                              **ANDREW L. CARTER, JR.**
                                                                               **United States District Judge**