USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: \_\_\_\_4/12/22\_\_\_\_\_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x
AARON SINGLETON,

                                    Plaintiff,

        -against-

OFFICE OF THE MAYOR, ET AL.

                                 Defendants.
------------------------------------------------------------------------ x

**ORDER FOR WITHDRAWAL OF ATTORNEY**

20-CV-08570 (ALC)(RWL)

       **PLEASE TAKE NOTICE** that Assistant Corporation Counsel Alexandra Yacyshyn in the above-captioned action is hereby withdrawn as counsel of record on behalf of the Corporation Counsel of the City of New York, Hon. Sylvia O. Hinds-Radix, attorney for defendants City of New York, Cynthia Brann, and the Office of the Mayor.

       So ordered:

_[signature: Andrew L. Carter Jr.]_
_____
Hon. Andrew L. Carter Jr.
4/12/22