UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

AARON A. SINGLETON,

                           **Plaintiff,**

            -against-

OFFICE OF THE MAYOR ET AL.,

                          **Defendants.**

------------------------------------------------------------ x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: August 2, 2022

1:20-cv-8570 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

    The Court will hold a telephone conference in this case on August 15, 2022 at 11:00 a.m. The Parties should contact the court at 1-888-363-4749 (Access Code: 3768660). Members of the public and the press may use the same dial-in information.

    The Clerk of Court is respectfully directed to serve this order upon pro se Plaintiff.

**SO ORDERED.**

Dated:    August 2, 2022
                New York, New York

                                                      **ANDREW L. CARTER, JR.**
                                                      **United States District Judge**