| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>------------------------------------------------------------ x<br>AARON A. SINGLETON,<br><br>                       **Plaintiff,**<br><br>           -against-<br><br>OFFICE OF THE MAYOR ET AL.,<br><br>                      **Defendants.**<br>------------------------------------------------------------ x | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#: _____<br>DATE FILED: August 12, 2022<br><br>**1:20-cv-8570 (ALC)**<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

      The telephone conference in this case scheduled for August 15, 2022 at 11:00 a.m. is cancelled. Defendant shall email this order to pro se Plaintiff at the email address provided at ECF No. 39 and file proof of service forthwith.

      The Clerk of Court is respectfully directed to serve this order upon pro se Plaintiff.

**SO ORDERED.**

Dated:    **August 12, 2022**
              **New York, New York**

                                                             **ANDREW L. CARTER, JR.**
                                                             **United States District Judge**